UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JE'KYM ADONIS RENEE DOWELL | CIVIL ACTION |
| VERSUS | NO. 15-1883 |
| ORLEANS PARISH SHERRIFF'S OFFICE, ET AL. | SECTION "R" (2) |

## ORDER AND REASONS

Pro se litigant Je'Kym Dowell filed this action under 42 U.S.C. § 1983, complaining about the conditions of confinement at the new Orleans Parish jail complex.[1] The Magistrate Judge recommends that Dowell's complaint be dismissed with prejudice.[2] Dowell did not file objections to the Magistrate Judge's findings. Having reviewed *de novo* the complaint, the record, the applicable law, and the Magistrate Judge's Report and Recommendation (R&R), the Court approves the R&R and adopts it as its opinion.

New Orleans, Louisiana, this __10th__ day of February, 2016.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] *See* R. Doc. 4.
[2] *See* R. Doc. 23.